**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-873-195

**Effective date of registration:**
November 13, 2013

## Title
**Title of Work:** Dallas Buyers Club

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 1, 2013   **Nation of 1st Publication:** United States
**Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** TXu 1-835-443   2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** November 1, 2013

**Registration #:**  PA0001873195
**Service Request #:**  1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

**EXHIBIT B**



# Awards

Showing all 67 wins and 33 nominations

## Academy Awards, USA  2014

| | |
|---|---|
| **Won** <br> Oscar | Best Performance by an Actor in a Leading Role <br> Matthew McConaughey |
| | Best Performance by an Actor in a Supporting Role <br> Jared Leto |
| | Best Achievement in Makeup and Hairstyling <br> Adruitha Lee <br> Robin Mathews |
| **Nominated** <br> Oscar | Best Motion Picture of the Year <br> Robbie Brenner <br> Rachel Winter |
| | Best Achievement in Film Editing <br> Jean-Marc Vallée <br> Martin Pensa |
| | Best Writing, Original Screenplay <br> Craig Borten <br> Melisa Wallack |

## Golden Globes, USA  2014

| | |
|---|---|
| **Won** <br> Golden Globe | Best Performance by an Actor in a Motion Picture - Drama <br> Matthew McConaughey |
| | Best Performance by an Actor in a Supporting Role in a Motion Picture <br> Jared Leto |

## Screen Actors Guild Awards  2014

| | |
|---|---|
| **Won** <br> Actor | Outstanding Performance by a Male Actor in a Leading Role <br> Matthew McConaughey |
| | Outstanding Performance by a Male Actor in a Supporting Role <br> Jared Leto |
| **Nominated** <br> Actor | Outstanding Performance by a Cast in a Motion Picture <br> Jennifer Garner <br> Matthew McConaughey <br> Jared Leto <br> Denis O'Hare <br> Dallas Roberts <br> Steve Zahn |

## African-American Film Critics Association (AAFCA) 2013

| Won<br>AAFCA Award | Top 10 Films<br>7th Place |
| --- | --- |
| | Best Supporting Actor<br>Jared Leto |

## Alliance of Women Film Journalists 2013

| Won<br>EDA Award | Best Actor<br>Matthew McConaughey |
| --- | --- |
| | Best Actor in a Supporting Role<br>Jared Leto |

## Austin Film Critics Association 2013

| Won<br>Austin Film Critics Award | Best Supporting Actor<br>Jared Leto |
| --- | --- |
| Nominated<br>Austin Film Critics Award | Best Film |

## Australian Film Institute 2014

| Nominated<br>AACTA International Award | Best Actor<br>Matthew McConaughey |
| --- | --- |
| | Best Supporting Actor<br>Jared Leto |

## Boston Online Film Critics Association 2013

| Won<br>BOFCA Award | Best Supporting Actor<br>Jared Leto |
| --- | --- |

## Boston Society of Film Critics Awards 2013

| 2nd place<br>BSFC Award | Best Supporting Actor<br>Jared Leto<br>Tied with Barkhad Abdi for Captain Phillips (2013). |
| --- | --- |

## Broadcast Film Critics Association Awards 2014

| Won<br>Critics Choice Award | Best Actor<br>Matthew McConaughey |
| --- | --- |
| | Best Supporting Actor<br>Jared Leto |
| Nominated<br>Critics Choice Award | Best Picture |

## Central Ohio Film Critics Association 2014

| Won<br>COFCA Award | Actor of the Year<br>Matthew McConaughey<br>For Mud and The Wolf of Wall Street |
|---|---|
| 2nd place<br>COFCA Award | Best Actor<br>Matthew McConaughey |
| | Best Supporting Actor<br>Jared Leto |

## Chicago Film Critics Association Awards 2013

| Won<br>CFCA Award | Best Supporting Actor<br>Jared Leto |
|---|---|
| Nominated<br>CFCA Award | Best Actor<br>Matthew McConaughey |

## Chlotrudis Awards 2014

| Won<br>Chlotrudis Award | Best Supporting Actor<br>Jared Leto |
|---|---|

## Costume Designers Guild Awards 2014

| Nominated<br>CDG Award | Excellence in Period Film<br>Kurt and Bart |
|---|---|

## Dallas-Fort Worth Film Critics Association Awards 2013

| Won<br>DFWFCA Award | Best Actor<br>Matthew McConaughey |
|---|---|
| | Best Supporting Actor<br>Jared Leto |
| Nominated<br>DFWFCA Award | Best Picture |

## Denver Film Critics Society 2013

| Won<br>DFCS Award | Best Actor<br>Matthew McConaughey |
|---|---|
| | Best Supporting Actor<br>Jared Leto |

## Florida Film Critics Circle Awards 2013

| Won<br>FFCC Award | Best Supporting Actor<br>Jared Leto |
|---|---|

## Georgia Film Critics Association (GFCA) 2014

| Nominated GFCA Award | Best Actor Matthew McConaughey |
|---|---|
| | Best Supporting Actor Jared Leto |

## Golden Camera, Germany 2014

| Won Golden Camera | Best International Actor Matthew McConaughey |
|---|---|

## Golden Trailer Awards 2014

| Won Golden Trailer | Best Independent Trailer Focus Features Mark Woolen & Associates For the first theatrical trailer. |
|---|---|
| | Best Independent Trailer Scott Mitsui (trailer producer) Focus Features Mark Woolen & Associates For "Trailer 1" |
| Nominated Golden Trailer | Best Drama Poster Focus Features P+A |

## Gotham Awards 2013

| Won Best Actor | Matthew McConaughey |
|---|---|

## Hollywood Film Festival 2013

| Won Hollywood Breakthrough Award | Breakthrough Actor Jared Leto |
|---|---|
| Won Hollywood Film Award | Actor of the Year Matthew McConaughey |

## Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

| Won Artisan | Best Period and/or Character Makeup - Feature Films Robin Mathews |
|---|---|

## Image Awards 2014

| Nominated Image Award | Outstanding Independent Motion Picture |
|---|---|

## Independent Spirit Awards 2014

| Won Independent Spirit Award | Best Male Lead Matthew McConaughey |
|---|---|
| | Best Supporting Male Jared Leto |

## Indiana Film Journalists Association, US 2013

| 2nd place
IFJA Award | Best Actor
Matthew McConaughey |
|---|---|

## International Cinephile Society Awards 2014

| Nominated
ICS Award | Best Supporting Actor
Jared Leto |
|---|---|

## Iowa Film Critics Awards 2014

| Nominated
IFC Award | Best Supporting Actor
Jared Leto |
|---|---|

## Irish Film and Television Awards 2014

| Nominated
IFTA Award | Best International Actor
Matthew McConaughey |
|---|---|

## Las Vegas Film Critics Society Awards 2013

| Won
Sierra Award | Best Actor
Matthew McConaughey |
|---|---|
| | Best Supporting Actor
Jared Leto |
| 2nd place
Sierra Award | Best Picture |

## London Critics Circle Film Awards 2014

| Nominated
ALFS Award | Supporting Actor of the Year
Jared Leto |
|---|---|

## Los Angeles Film Critics Association Awards 2013

| Won
LAFCA Award | Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012). |
|---|---|

## MTV Movie Awards 2014

| Won
MTV Movie Award | Best On-Screen Transformation
Jared Leto
Jared Leto's performance as an HIV positive transgender woman living in 1980s Texas is just as ... More |
|---|---|
| Nominated
MTV Movie Award | Best Male Performance
Matthew McConaughey |
| | Best On-Screen Duo
Matthew McConaughey
Jared Leto |
| | Best On-Screen Transformation
Matthew McConaughey
Despite losing a whopping 50 pounds to play a rodeo cowboy diagnosed with AIDS and given 30 days to... More |

## National Board of Review, USA 2013

| Won<br>NBR Award | Top Ten Independent Films |
|---|---|

## National Society of Film Critics Awards, USA 2014

| 2nd place<br>NSFC Award | Best Supporting Actor<br>Jared Leto |
|---|---|

## New York Film Critics Circle Awards 2013

| Won<br>NYFCC Award | Best Supporting Actor<br>Jared Leto |
|---|---|

## New York Film Critics, Online 2013

| Won<br>NYFCO Award | Best Supporting Actor<br>Jared Leto |
|---|---|
| | Top Films of the Year |

## North Texas Film Critics Association, US 2013

| Won<br>NTFCA Award | Best Supporting Actor<br>Jared Leto |
|---|---|

## Online Film Critics Society Awards 2014

| Nominated<br>OFCS Award | Best Supporting Actor<br>Jared Leto |
|---|---|

## PGA Awards 2014

| Nominated<br>PGA Award | Outstanding Producer of Theatrical Motion Pictures<br>Robbie Brenner<br>Rachel Winter |
|---|---|

## Palm Springs International Film Festival 2014

| Won<br>Desert Palm Achievement Award | Matthew McConaughey |
|---|---|

## Phoenix Film Critics Society Awards 2013

| Won<br>PFCS Award | Best Actor in a Leading Role<br>Matthew McConaughey |
|---|---|
| | Best Actor in a Supporting Role<br>Jared Leto |
| Nominated<br>PFCS Award | Best Picture |

## Rome Film Fest 2013

| | |
|---|---|
| Won<br>Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award | Yves Bélanger |
| Won<br>Audience Award | Jean-Marc Vallée |
| Won<br>Best Actor | Matthew McConaughey |
| Won<br>Golden Butterfly | Jean-Marc Vallée |
| Nominated<br>Golden Marc'Aurelio Award | Jean-Marc Vallée |

## San Diego Film Critics Society Awards 2013

| | |
|---|---|
| Won<br>SDFCS Award | Best Supporting Actor<br>Jared Leto |
| Nominated<br>SDFCS Award | Best Actor<br>Matthew McConaughey |

## San Francisco Film Critics Circle 2013

| | |
|---|---|
| Nominated<br>SFFCC Award | Best Actor<br>Matthew McConaughey |
| | Best Supporting Actor<br>Jared Leto |

## San Sebastián International Film Festival 2013

| | |
|---|---|
| Won<br>Sebastiane Award | Jean-Marc Vallée |

## Santa Barbara International Film Festival 2014

| | |
|---|---|
| Won<br>Virtuoso Award | Jared Leto |

## Satellite Awards 2013

| | |
|---|---|
| Won<br>Satellite Award | Best Actor in a Motion Picture<br>Matthew McConaughey |
| | Best Actor in a Supporting Role<br>Jared Leto |

## Southeastern Film Critics Association Awards 2013

| Won SEFCA Award | Best Supporting Actor Jared Leto |
|---|---|
| 2nd place SEFCA Award | Best Actor Matthew McConaughey |
| Nominated SEFCA Award | Best Picture |

## St. Louis Film Critics Association, US 2013

| Won SLFCA Award | Best Supporting Actor Jared Leto |
|---|---|
| 2nd place SLFCA Award | Best Actor Matthew McConaughey |

## Toronto Film Critics Association Awards 2014

| Won TFCA Award | Best Supporting Actor Jared Leto |
|---|---|
| 3rd place TFCA Award | Best Actor Matthew McConaughey |

## Vancouver Film Critics Circle 2014

| Won VFCC Award | Best Supporting Actor Jared Leto |
|---|---|
| Nominated VFCC Award | Best Actor Matthew McConaughey |

## Washington DC Area Film Critics Association Awards 2013

| Won WAFCA Award | Best Supporting Actor Jared Leto |
|---|---|
| Nominated WAFCA Award | Best Actor Matthew McConaughey |

## Writers Guild of America, USA 2014

| Nominated WGA Award (Screen) | Best Original Screenplay Craig Borten (written by) Melisa Wallack (written by) |
|---|---|

**EXHIBIT C**

**EXHIBIT C**

Dallas Buyers Club, LLC
v.
Does 1-10

| No | IP Address | HitDate UTC (mm/dd/yy) | File Name | File Hash | City |
|---|---|---|---|---|---|
| 1 | 24.19.93.14 | 6/4/14 10:02:04 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Lakewood |
| 2 | 71.231.23.188 | 6/7/14 02:05:10 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Tacoma |
| 3 | 76.121.13.30 | 5/26/14 05:52:05 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Lacey |
| 4 | 67.170.91.211 | 5/24/14 06:17:25 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Olympia |
| 5 | 67.182.143.71 | 6/23/14 12:59:39 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Mercer Island |
| 6 | 67.171.2.234 | 6/16/14 10:01:05 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Seattle |
| 7 | 76.104.135.78 | 5/12/14 12:33:19 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Seattle |
| 8 | 67.161.94.158 | 5/21/14 04:18:05 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Puyallup |
| 9 | 24.19.127.26 | 6/11/14 01:43:26 PM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Tacoma |
| 10 | 24.18.0.129 | 6/26/14 01:32:01 AM | Dallas Buyers Club (2013) [1080p] | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Burlington |