Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>DOES 1-10,<br><br>            Defendants. | Civil Action No. 14-cv-1336<br><br>DECLARATION OF DAVID A. LOWE IN OPPOSITION TO MOTION TO QUASH SUBPOENA |

I, David A. Lowe, declare as follows:

1. I am counsel for Plaintiff Dallas Buyers Club, LLC. This declaration is based on personal knowledge

2. Attached as Exhibit A hereto is a true and correct copy of the Honorable John J. Tharp, Jr.'s decision addressing joinder in *Dallas Buyers Club v. Does 1-25*, 1:14-cv-05643 (N.D. Il. Aug. 28, 2014).

3. Attached as Exhibit B hereto is a true and correct copy of a printout listing BitTorrent activity associated with the IP address: 76.104.135.78 (designated Doe 7 herein). In an exercise of caution, to avoid any perceived disclosure of sensitive or embarrassing information, the list was redacted to remove reference to any downloads in an adult category.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 13th day of October, 2014.

                                                       s/David A. Lowe, WSBA No. 24,453

DECLARATION OF DAVID A. LOWE - 1
INIP-6-0007P03 DEC_DAL

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/ David A. Lowe

DECLARATION OF DAVID A. LOWE - 2
INIP-6-0007P03 DEC_DAL

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301