Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>DOES 1-10,<br><br>             Defendants. | Civil Action No. 2:14-cv-1336<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF DOE 6 |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a November 26, 2014 Confidential Settlement Agreement wherein Defendant Doe 6 agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *Dallas Buyers Club*, Copyright Registration No. PA 1-873-195, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *Dallas Buyers Club* in its possession or subject to Defendant's control, including without limitation that Defendant has downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff Dallas Buyers Club, LLC and Doe 6, by and through their authorized attorneys below, stipulate to the dismissal of Plaintiff's claims against Defendant Doe 6 with prejudice and with each side bearing its own fees and costs.

STIPULATION OF DISMISSAL OF DOE - 1
Civil Action No. 2:14-cv-1336
INIP-6-0007P07 SDMISS - Doe 6

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/Benjamin Justus, WSBA No. 38,855<br>brj@lybeckmurphy.com<br>LYBECK PEDREIRA & JUSTUS<sup>PLLC</sup><br>7900 SE 28th St., Fifth Floor<br>Mercer Island, WA 98040<br>T: 206.230.4255<br>F: 206.230.7791<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL OF DOE - 2
Civil Action No. 2:14-cv-1336

INIP-6-0007P07 SDMISS - Doe 6

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301