HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

JOHN DOES 1 THROUGH 10,

    Defendants.

CASE NO. C14-1336RAJ

STANDING CASE MANAGEMENT ORDER

To ensure that Plaintiff proceeds with reasonable diligence to bring this case to a resolution, and to protect non-parties who may be subject to discovery arising from Plaintiff's investigation into its claims in this case, the court orders as follows:

1) Plaintiff must, within 30 days of this order, either file an amended complaint with no John Doe defendants, or file a motion for leave to amend in which it explains why it wishes to continue to name one or more John Doe defendants.

2) As to any defendant who Plaintiff has named, Plaintiff must seek the entry of default within 30 days after the expiration of the time for that defendant to answer or otherwise respond to the complaint. Plaintiff must seek a default judgment or otherwise resolve its claim against a defaulted defendant within 30 days of an order entering default against that defendant.

3) Within 21 days of a defendant's answer or other response to Plaintiff's complaint, Plaintiff must arrange a Rule 26(f) conference with that defendant. Plaintiff and that defendant must file a brief joint discovery plan within 7 days

ORDER – 1

of that conference. Discovery between Plaintiff and that defendant will commence when the plan is filed. Once all defendants in a case have either participated in a Rule 26(f) conference or been defaulted, the court will issue an order calling for a joint status report, and will set a trial date and pretrial schedule based on that report.

4) Until Plaintiff has filed a discovery plan for every defendant in a case who is not in default, Plaintiff may not subpoena a non-party (a term that includes unnamed parties) unless it obtains leave of court. Unless the court orders otherwise, Plaintiff must allow at least 30 days between service of a subpoena and the time for complying with the subpoena.

5) To ensure that the people who are the targets of Plaintiff's investigation receive notice both of the court's case management plan and of its intent to monitor Plaintiff's discovery requests to non-parties and unnamed parties, Plaintiff must provide a copy of this order to any individual (or entity) it has contacted who is a potential party in this case. Plaintiff shall also provide a copy of the court's May 4, 2015 order in Case No. C14-1819RAJ. The court expects Plaintiff to construe the term "potential party" liberally, and at a minimum it shall apply to any individual or entity who Plaintiff believes may be liable to Plaintiff. Plaintiff need not provide a copy of this order or take any further action with respect to any individual or entity with which it has already reached a settlement or other permanent resolution of its claims.

DATED this 4th day of May, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2